UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, | No. C 07-3530 JL |
| Plaintiff, | |
| v. | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____     _____

                                  Signature


                                  Counsel for _____

                                  _____

REQUEST                           1