**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                                    415.522.2000

**October 2, 2007**

**CASE NUMBER:  CV 07-03530 JL**
**CASE TITLE:  JACKIE-v-LOTT-V-USA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/2/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                       Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                     Entered in Computer 10/2/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA