UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: November 1, 2007 　　　　　　　　　　　JUDGE: Phyllis J. Hamilton

Case No: C-07-3530 PJH

Case Name: Jackie V. Lott v. United States of America

Attorney(s) for Plaintiff: 　　　Arnold I. Berschler
Attorney(s) for Defendant: 　　R. Scott Blaze; Jeff Owen

Deputy Clerk: Nichole Heuerman 　　　　Court Reporter: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held.  The court sets a pretrial schedule.

REFERRALS:

[x] Case referred to ADR for Mediation to take place by June 2008 .

PRETRIAL SCHEDULE:

**Non-Expert Discovery cutoff: 5/2/08**
**Expert disclosure: Plaintiff: 5/1/08; Defendant: 6/4/08**
**Expert discovery cutoff: 8/15/08**
**Dispositive Motions heard by: 9/10/08**
**Pretrial Conference: 1/15/09 at 2:30 p.m.**
**Trial: 1/26/09  at  8:30 a.m., for 4 days, by [] Jury  [x]  Court**

Order to be prepared by:   [] Pl [] Def  [x]  Court

Notes:

cc: file; ADR