# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Lott, <br><br>             Plaintiff(s), <br><br> v. <br><br> United States of America, <br><br>             Defendant(s). | 07-03530 PJH MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**R. Stephen Goldstein**
Goldstein Gellman, Melbostad, et al.
1388 Sutter St., Suite 1000
San Francisco, CA 94109
415-673-5600

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03530 PJH MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: December 19, 2007

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03530 PJH MED                           - 2 -