1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  SCOTT N. SCHOOLS
   United States Attorney
3  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
4  Torts Branch, Civil Division
   R. SCOTT BLAZE
5  Senior Admiralty Counsel
   Torts Branch, Civil Division
6  GEOFFREY D. OWEN
   Trial Attorney
7  Torts Branch, Civil Division
   U.S. Department of Justice
8  7-5395 Federal Bldg., P.O. Box 36028
   450 Golden Gate Avenue
9  San Francisco, California  94102-3463
   Telephone:  (415) 436-6635; (415) 436-6646
10 E-mail:      scott.blaze@usdoj.gov
                geoff.owen@usdoj.gov
11
   Attorneys of Defendant & Cross-claimant
12 United States of America

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 JACKIE V. LOTT,                    )    CIVIL NO.  C-07-3530-PJH
                                      )
17            Plaintiff,              )    NOTICE OF EXAMINATION BEFORE
                                      )    TRIAL OF PLAINTIFF, JACKIE V.
18       v.                           )    LOTT
                                      )
19 UNITED STATES OF AMERICA,          )
                                      )
20            Defendant.              )
   _____  )
21

22       PLEASE TAKE NOTICE that, by agreement, defendant, United States of America,

23 will take the examination before trial of plaintiff, JACKIE V. LOTT, at the U.S. Department

24 of Justice, Torts Branch, Civil Division, Federal Building, 450 Golden Gate Avenue, Suite

25 7/5395, San Francisco, California, 94102, phone (415) 436-6644, on Tuesday, February 26,

26

27 NOTICE OF EXAMINATION BEFORE TRIAL OF          1              C-07-3530-PJH
   PLAINTIFF, JACKIE V. LOTT

28

1 | 2008, beginning at 10:30 a.m.

2 |     Said examination will take place before a reporter authorized by law to administer

3 | oaths, will be recorded stenographically and will continue from day to day until completed.

4

5 | Dated:    February 12, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division


/s G. D. OWEN
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant,
United States of America

NOTICE OF EXAMINATION BEFORE TRIAL OF
PLAINTIFF, JACKIE V. LOTT

2

C-07-3530-PJH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2008, I served by U. S. Mail, first class

delivery, a copy of the foregoing Notice of Examination Before Trial of Plaintiff, Jackie

V. Lott, on:

BERSCHLER ASSOCIATES, PC
Arnold I. Berschler
22 Battery Street, Suite 810
San Francisco, CA 94111
(415) 398 1414

/s Veronica L. Garner
Veronica L. Garner

NOTICE OF EXAMINATION BEFORE TRIAL OF          3          C-07-3530-PJH
PLAINTIFF, JACKIE V. LOTT