BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorneys for PLAINTIFF:
JACKIE V. LOTT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JACKIE V. LOTT, | ) | Civil No. C-07-3530-PJH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **OBJECTION TO TAKING THE DEPOSITION OF JACKIE V. LOTT** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant | ) | |

Plaintiff Jackie V. Lott objects to the taking of his deposition on February 26, 2008, as noticed upon the grounds that the defendant United States of America has conducted itself in a manner intended to unfairly prejudice the plaintiff in case preparation and said defendant has wrongly failed to disclose discoverable items that should have been disclosed and/or that were promised to be disclosed prior to deposition. Further, plaintiff shall seek an order of the Court protecting him from these discovery abuses prior to deposing.

BERSCHLER ASSOCIATES, PC.

DATED: February 21, 2008          */s/ Arnold I. Berschler*
ARNOLD I. BERSCHLER,
attorney for plaintiff,
JACKIE V. LOTT

OBJECTION TO TAKING THE DEPOSITION OF JACKIE V. LOTT
[\lott v us\depo\lott - objection to depo]          1

**PROOF OF SERVICE**

I declare, based upon my personal knowledge that:

I am employed in the County of San Francisco by the attorney of record for the party causing this service to be made and I am familiar with that office's business practices as to mailing, effecting hand delivering and/or facsimile transmitting of documents and the like. Further, I am over the age of 18 years and not a party to the within cause; my business address is 22 Battery Street, Suite 810, San Francisco, California 94111.

On the below-listed date, I caused to be served true and correct copies of the attached **OBJECTION TO TAKING THE DEPOSITION OF JACKIE V. LOTT**

on the interested parties in said action, pursuant to the applicable, aforesaid business practice by placing a true copy thereof enclosed in a sealed envelope with postage thereon full prepaid, in the United States mail at San Francisco, California or by placing a true copy thereof enclosed in a sealed envelope of the type designated by the below-listed overnight delivery service with delivery fees provided for, and delivering the same to an authorized courier of said overnight delivery service, or by hand delivery, or by facsimile transmission, addressed to the interested parties as follows:

R. Scott Blaze, Esq.
Geoffrey D. Owen, Esq.
US Department of Justice
Torts Branch, Civil Division
450 Golden Gate Ave., Room 7-5395
PO Box 36028
San Francisco, CA 94102

**[First Class Mail]**

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on February 21, 2008 at San Francisco, California.

_____/s/ Irma Aguirre_____
IRMA AGUIRRE

---

OBJECTION TO TAKING THE DEPOSITION OF JACKIE V. LOTT
[\lott v us\depo\lott - objection to depo]                   2