```
1  BERSCHLER ASSOCIATES, PC
   Arnold I. Berschler, SBN# 56557
2  22 Battery Street, Suite 810
   San Francisco, CA 94111
3  Telephone (415) 398 1414
4
   Attorneys for PLAINTIFF:
5  JACKIE V. LOTT
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, ) | Civil No. C-07-3530-PJH |
| ) | |
| Plaintiff, ) | DATE:  April 9, 2008 |
| ) | TIME:  9:00 a.m. |
| vs. ) | |
| ) | **BERSCHLER'S SECOND DECLARATION** |
| UNITED STATES OF AMERICA, ) | **IN MOTION FOR PROTECTIVE ORDER** |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

I, ARNOLD I. BERSCHLER, declare under penalty of the perjury laws of the State of California, upon my personal knowledge, that attached hereto is Exhibit 1. This exhibit was inadvertently not attached to the earlier filed *Plaintiff's Motion for Protective Order*. Exhibit 1 is a true correct copy of the transcript provided by the certified court reporter who transcribed the questions and colloquy subject of the motion..

DATED: March 5, 2008               /s/ Arnold I. Berschler
                                   ARNOLD I. BERSCHLER

BERSCHLER'S SECOND DECLARATION IN MOTION FOR PROTECTIVE ORDER
[\lott v us\motion\dec aib.m01]           1