UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKIE V. LOTT,

    Plaintiff(s),

    v.

UNITED STATES OF AMERICA,

    Defendant(s).
_____/

No. C 07-3530 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Plaintiff's Motion to Compel Disclosure of Data, and for all further discovery.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: March 10, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record