UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKIE V. LOTT,

    Plaintiff,                      No. C 07-3530 PJH

    v.                              **ORDER OF REFERENCE**
                                      **TO MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,

    Defendant.
_____/

    Pursuant to Local Rule 72-1, and in view of the court's March 10 referral of all discovery matters in this action, this matter is referred to Magistrate Judge Chen for resolution of plaintiff's Motion for Protective Order.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: March 11, 2008

                                                                _____
                                                                PHYLLIS J. HAMILTON
                                                                United States District Judge

cc: Wings, Assigned M/J, counsel of record