UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, | No. C07-3530 PJH (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on (1) PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (Docket #20) set for April 9, 2008 at 9:00 a.m. and, (2) PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF DATA (Docket #22) set for April 16, 2008 at 9:00 a.m. before Judge Phyllis J. Hamilton is **reset** for **April 11, 2008 at 10:30 a.m.** before **Magistrate Judge Edward M. Chen**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Opposition to said Motion shall be filed on or before March 19, 2008.  Reply shall be filed on or before March 26, 2008.

Dated: March 12, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy