1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  SCOTT N. SCHOOLS
   United States Attorney
3  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
4  Torts Branch, Civil Division
   R. SCOTT BLAZE
5  Senior Admiralty Counsel
   Torts Branch, Civil Division
6  GEOFFREY D. OWEN
   Trial Attorney
7  Torts Branch, Civil Division
   U.S. Department of Justice
8  7-5395 Federal Bldg., P.O. Box 36028
   450 Golden Gate Avenue
9  San Francisco, California  94102-3463
   Telephone:  (415) 436-6635; (415) 436-6646
10 E-mail:        scott.blaze@usdoj.gov
                  geoff.owen@usdoj.gov
11
   Attorneys of Defendant & Cross-claimant
12 United States of America

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 JACKIE V. LOTT,                    )   CIVIL NO.  C-07-3530-PJH-EMC
                                      )
17         Plaintiff,                 )   [PROPOSED] ORDER DENYING
                                      )   PLAINTIFF'S MOTION FOR
18         v.                         )   PROTECTIVE ORDER.
                                      )
19 UNITED STATES OF AMERICA,          )   Date:      April 11, 2008
                                      )   Time:      10:30 AM
20         Defendant.                 )   Before:    EDWARD M. CHEN
                                      )              United States Magistrate Judge
21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
JACKIE V. LOTT,                    )        CIVIL NO.  C-07-3530-PJH-EMC
11                                 )
            Plaintiff,             )
12                                 )
            v.                     )        ORDER
13                                 )
UNITED STATES OF AMERICA,          )
14                                 )
            Defendant.             )
15 _____ )
16
17        Upon Plaintiff's motion for order terminating examination of Jackie Lott, papers in
18 support thereof and opposition thereto, it is
19        ORDERED, the motion is DENIED.
20        Plaintiff is ordered to produce Jackie V. Lott for completion of his oral deposition at
21 the office of defendant's counsel at a time and date agreed by the parties.
22
23 Dated: _____
24                                          _____
25                                          EDWARD M. CHEN
                                            United States Magistrate Judge
26
27 ORDER DENYING PLAINTIFF'S MOTION FOR          1              C-07-3530-PJH-EMC
   PROTECTIVE ORDER
28

1

2  Submitted: _____3/19/08_____

3                              JEFFREY S. BUCHOLTZ
                               Acting Assistant Attorney General
4                              SCOTT N. SCHOOLS
                               United States Attorney
5                              R. MICHAEL UNDERHILL
                               Attorney in Charge, West Coast Office
6                              Torts Branch, Civil Division
                               R. SCOTT BLAZE
7                              Senior Admiralty Counsel
                               Torts Branch, Civil Division
8

9                               /s G. D. OWEN_____
10                             GEOFFREY D. OWEN
                               Trial Attorney
11                             Torts Branch, Civil Division
                               U.S. Department of Justice
12
                               Attorneys for Defendant,
13                             United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27  ORDER DENYING PLAINTIFF'S MOTION FOR          2              C-07-3530-PJH-EMC
    PROTECTIVE ORDER

28