JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6635; (415) 436-6646
E-mail:      scott.blaze@usdoj.gov
             geoff.owen@usdoj.gov

Attorneys of Defendant & Cross-claimant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, | CIVIL NO.  C-07-3530-PJH-EMC |
| Plaintiff, | RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF DATA |
| v. | |
| UNITED STATES OF AMERICA, | Date:    April 11, 2008<br>Time:    10:30 AM<br>Before:  EDWARD M. CHEN |
| Defendant. | United States Magistrate Judge |

1.   BACKGROUND

The United States has no objection to plaintiff's motion but notes that the information sought cannot be released absent a court order pursuant to the Privacy Act, 5 U.S.C. § 552a.

///

Dated:     3/19/08

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division


 /s G. D. OWEN
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant,
United States of America

1
2                      <u>CERTIFICATE OF SERVICE</u>
3
4       I HEREBY CERTIFY that on March 19, 2008, I served by U. S. Mail, first class
5  delivery, a copy of the foregoing Reply to Plaintiff's Motion to Compel Disclosure of
6  Data on:
7
                       BERSCHLER ASSOCIATES, PC
8                      Arnold I. Berschler
                       22 Battery Street, Suite 810
9                      San Francisco, CA 94111
                       (415) 398 1414
10
11
12
13              <u>/s Veronica L. Garner</u>
                   Veronica L. Garner
14

RESPONSE TO PLAINTIFF'S MOTION TO COMPEL         3                C-07-3530-PJH – EMC
DISCLOSURE OF DATA