UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKIE V. LOTT,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

No. C07-3530 PJH (EMC)

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on (1) PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (Docket #20) and, (2) PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF DATA (Docket #22) set for April 11, 2008 at 10:30 a.m. is reset for **April 14, 2008 at 10:30 a.m.** before **Magistrate Judge Edward M. Chen**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Opposition to said Motion shall be filed on or before March 19, 2008.  Reply shall be filed on or before March 26, 2008.

Dated: March 24, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Betty Fong
    Courtroom Deputy