JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6635; (415) 436-6646
E-mail:       scott.blaze@usdoj.gov
                   geoff.owen@usdoj.gov

Attorneys of Defendant & Cross-claimant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO.  C-07-3530-PJH <br><br> STIPULATION FOR ORDER MODIFYING DISCOVERY AND MOTION DEADLINES WITH ORDER |

PREAMBLE

The parties seek this Honorable Court's partial modification of its pretrial order in this action. The parties do not seek to modify the trial date (January 26, 2009) or the pretrial conference date (January 15, 2009) or the dates when pretrial papers, pretrial conference statements, exchange of exhibits, and the like, are due.

1     In this action by a merchant mariner for alleged personal injury damages, the parties seek
2 to modify certain discovery deadlines to reflect complexities interjected into this action by the need
3 to obtain the Court's order upon *Privacy Act* issues, as further affected by the facts that the alleged
4 accident occurred in foreign waters. The vessel is located off shore. Some of the witnesses are
5 located in Korea. Others, former vessel complement, are located wherever their present employment
6 may take them.
7     Plaintiff's motion for an order requiring the United States and its counsel of record to reveal
8 contact information of said complement, based upon the *Privacy Act*, is set for April 14, 2008.
9 Discovery cut off is set for May 2, Experts are to be revealed May 1 and June 4. Expert discovery
10 is cut off as of August 15, 2008.
11     The parties need extra time in discovery to be prepared for mediation (by June 30) and/or
12 for trial.
13     The parties believe that were the Honorable Court to order the modifications sought, such
14 would tend to increase the likelihood of settlement negotiations not being affected by the parties'
15 having insufficient information upon which to make reasonably informed decisions.

## STIPULATION

17     The parties to this case stipulate and respectfully request this Honorable Court order
18 proposed dates, below, be effective in this action.

| EVENT | SET DATE | PROPOSED DATE |
|---|---|---|
| Non-expert discovery cutoff | 5/2/08 | 6/30/08 |
| Expert disclosure, Plaintiff | 5/1/08 | 6/30/08 |
| Expert disclosure, Defendant | 6/4/08 | 7/30/08 |
| Expert discovery cutoff | 8/15/08 | 9/30/08 |
| Dispositive motions heard by | 9/10/08 | 10/8/08 |

26 //

STIPULATION FOR MODIFICATION OF    2    C-07-3530-PJH
DISCOVERY AND MOTION DEADLINES
[\LOTT USA\MOTION\STIP DATES.M04]

|   |   |   |
|---|---|---|
| 1 |   | SO STIPULATED. |
| 2 | Dated:     4/4/08 |   |
| 3 |   | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br>SCOTT N. SCHOOLS |
| 4 |   | United States Attorney<br>R. MICHAEL UNDERHILL |
| 5 |   | Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division |
| 6 |   | R. SCOTT BLAZE<br>Senior Admiralty Counsel |
| 7 |   | Torts Branch, Civil Division |

     /s/ *Geoffrey D. Owen*
GEOFFREY D. OWEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant,
United States of America

Dated:     4/2/08

     /s/ *Arnold I. Berschler*
ARNOLD I. BERSCHLER
Berschler Associates, PC

Attorneys for Plaintiff
Jackie V. Lott

[proposed] ORDER

Upon review of the foregoing Preamble and Stipulation, and Good Cause otherwise appearing,

IT IS ORDERED THAT the newly proposed dates, set forth above, are hereby set.

Dated: _____

_____
Judge Phyllis J. Hamilton
United States District Court Judge

STIPULATION FOR MODIFICATION OF
DISCOVERY AND MOTION DEADLINES
[\LOTT USA\MOTION\STIP DATES.M04]

3                                           C-07-3530-PJH