JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635; (415) 436-6646
E-mail: Scott.blaze@usdoj.gov
         Chad.kauffman@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT,      Plaintiff,      v. UNITED STATES OF AMERICA,      Defendant. | CIVIL NO. C-07-3530-JL NOTICE OF SUBSTITUTION OF COUNSEL |

PLEASE TAKE NOTICE that Government counsel, GEOFFREY D. OWEN, is no longer handling cases with this office. R. Scott Blaze remains as lead counsel for the Government, and the following individual should be substituted for Mr. Owen:

//

//

//

NOTICE OF SUBSTITUTION OF COUNSEL       1                        C-07-3530-JL

|   |   |   |
|---|---|---|
| 1 | CHAD KAUFFMAN | |
|   | Trial Attorney | |
| 2 | Torts Branch, Civil Division | |
|   | U.S. Department of Justice | |
| 3 | P.O. Box 36028 | |
|   | 450 Golden Gate Avenue, Room 7-5395 | |
| 4 | San Francisco, California  94102-3463 | |
|   | Telephone: (415) 436-6646 | |
| 5 | Facsimile:  (415) 436-6632 | |
|   | E-mail: chad.kauffman@usdoj.gov | |

Pleadings, documents and correspondence previously sent to Mr. Owen in this action should henceforth be sent to the above-listed counsel. Mr. Blaze should still receive copies as well.

Dated: April  10   , 2008         JEFFREY S. BUCHOLTZ
                                  Acting Assistant Attorney General
                                  SCOTT N. SCHOOLS
                                  United States Attorney
                                  R. MICHAEL UNDERHILL
                                  Attorney in Charge, West Coast Office
                                  Torts Branch, Civil Division


                                  s/R. Scott Blaze
                                  _____
                                  R. SCOTT BLAZE
                                  Senior Admiralty Counsel
                                  Torts Branch, Civil Division
                                  CHAD KAUFFMAN
                                  Trial Attorney
                                  Torts Branch, Civil Division
                                  U.S. Department of Justice

                                  Attorneys for Defendant
                                  United States of America

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing NOTICE OF SUBSTITUTION OF COUNSEL was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Arnold I. Berschler        arnold@berschler.com            April   10  , 2008

s/R. Scott Blaze
R. SCOTT BLAZE