<div style="text-align:left; font-weight:bold;">United States District Court<br/>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____/ | No. C07-3530 PJH (EMC)<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on (1) PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (Docket #20) and, (2) PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF DATA (Docket #22) set for **April 14, 2008 at 10:30 a.m.** before **Magistrate Judge Edward M. Chen** is hereby vacated.

Dated: April 11, 2008

                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk

                                        by: _____
                                                 Betty Fong
                                                 Courtroom Deputy