1  BERSCHLER ASSOCIATES, PC
   Arnold I. Berschler, SBN# 56557
2  22 Battery Street, Suite 810
   San Francisco, CA 94111
3  Telephone (415) 398 1414

4
   Attorneys for PLAINTIFF:
5  JACKIE V. LOTT

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 JACKIE V. LOTT,                )    Civil No. C-07-3530-PJH
                                  )
11              Plaintiff,         )    DATE:    APRIL 14, 2008
                                  )    TIME:    9:00 a.m.
12 vs.                            )
                                  )    [second proposed]
13 UNITED STATES OF AMERICA,      )    **ORDER COMPELLING DISCLOSURE**
                                  )
14              Defendant         )
                                  )
15 _____)

16     The *Plaintiff's Motion to Compel Disclosure of Data* came regularly on for hearing, the

17 Honorable Edward M. Chen, Magistrate- Judge of the United States District Court, duly assigned

18 and presiding.

19     Upon consideration of all the papers filed and all the arguments made and relevancy and

20 Good Cause otherwise appearing,

21     IT IS ORDERED THAT:

22 1.   The Defendant United States of America shall supplement its initial disclosures in this

23      action by disclosing the last known business and/or residential addresses and/or

24      telephone numbers and/or email addresses of those persons earlier disclosed and as to

25      whom the Defendant had made objection, citing the Privacy Act, 5 U.S.C. §552a.

26 2.   In the future in this case, in response to discovery that seeks potential witnesses' contact

27
   ORDER DEEMING PLAINTIFF'S  DEPOSITION COMPLETED
28 [\lott v us\motion\order revised01.m02]          1                      Civil No. C-07-3530-PJH

information (i.e., business and/or residential addresses and/or telephone numbers and/or email addresses), and/or in responding to discovery that would reveal witnesses' business and/or residential addresses and/or telephone numbers and/or email addresses, the Defendant United States of America and its attorneys shall have an ongoing duty to disclose this discovery.

SO ORDERED

DATED:_____

EDWARD M. CHEN
Magistrate Judge of
the United States District Court