```
BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414


Attorneys for PLAINTIFF:
JACKIE V. LOTT
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT,              ) | Civil No. C-07-3530-PJH |
| Plaintiff,      ) | DATE:    APRIL 14, 2008 |
| vs.                              ) | TIME:    9:00 a.m. |
| UNITED STATES OF AMERICA,  ) | [~~second proposed~~]<br>**ORDER COMPELLING DISCLOSURE** |
| Defendant    ) | |
| _____ ) | |

  The *Plaintiff's Motion to Compel Disclosure of Data* came regularly on for hearing, the Honorable Edward M. Chen, Magistrate- Judge of the United States District Court, duly assigned and presiding.

  Upon consideration of all the papers filed and all the arguments made and relevancy and Good Cause otherwise appearing,

  IT IS ORDERED THAT:

1. The Defendant United States of America shall supplement its initial disclosures in this action by disclosing the last known business and/or residential addresses and/or telephone numbers and/or email addresses of those persons earlier disclosed and as to whom the Defendant had made objection, citing the Privacy Act, 5 U.S.C. §552a.

2. In the future in this case, in response to discovery that seeks potential witnesses' contact

1  information (i.e., business and/or residential addresses and/or telephone numbers and/or
2  email addresses), and/or in responding to discovery that would reveal witnesses' business
3  and/or residential addresses and/or telephone numbers and/or email addresses, the
4  Defendant United States of America and its attorneys shall have an ongoing duty to
5  disclose this discovery.

SO ORDERED

DATED: April 23, 2008

EDWARD M. CHEN
Magistrate Judge of
the United States District Court



ORDER DEEMING PLAINTIFF'S DEPOSITION COMPLETED
[\lott v us\motion\order revised01.m02]                    2                              Civil No. C-07-3530-PJH