GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635; (415) 436-6646
E-mail: Scott.blaze@usdoj.gov
        Chad.kauffman@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, | CIVIL NO. C-07-3530-PJH |
| Plaintiff, | |
| v. | STIPULATION FOR ORDER MODIFYING DISCOVERY DEADLINES WITH ORDER [PROPOSED] |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

PREAMBLE

The parties seek this Honorable Court's partial modification of its pretrial order in this action. The parties only seek to modify the lay discovery deadline and the plaintiff expert disclosure deadline. This modification will have no effect on the schedule for the case. The Court granted one prior stipulation by the parties that had no effect on the

STIPULATION    1    C-07-3530-PJH

1  schedule for the case. The parties do not seek to modify the trial date (January 26, 2009)
2  or the pretrial conference date (January 15, 2009) or the dates when pretrial papers,
3  pretrial conference statements, exchange of exhibits, and the like, are due.

4  In this action by a merchant mariner for alleged personal injury damages, the
5  alleged accident occurred in foreign waters. The vessel is located off shore. Some of the
6  witnesses are located in Korea. Others, former vessel complement, are located wherever
7  their present employment may take them. For instance, an alleged eye witness, Mark
8  Scease, is believed by plaintiff's attorney to be in Mongolia and is believed to have been
9  so for some time.

10  For these reasons, the parties require more time in order to locate these witnesses
11  and complete lay discovery. The parties believe that were the Honorable Court to order
12  the modifications sought, such would tend to increase the likelihood of settlement.

## STIPULATION

The parties to this case stipulate and respectfully request this Honorable Court order proposed dates, below, be effective in this action.

| EVENT | SET DATE | PROPOSED DATE |
|---|---|---|
| Non-expert discovery cutoff | 6/30/08 | 7/30/08 |
| Expert disclosure, Plaintiff | 6/30/08 | 7/30/08 |
| Expert disclosure, Defendant | 7/30/08 | 7/30/08 NO CHANGE |
| Expert discovery cutoff | 9/30/08 | 9/30/08 NO CHANGE |
| Dispositive motions heard by | 9/24/08 | 9/24/08 NO CHANGE |

/
/
/
/

STIPULATION                        2                        C-07-3530-PJH

|  |  |
|---|---|
| 1 | SO STIPULATED. |
| 2 Dated: May 28, 2008 | GREGORY G. KATSAS |
| 3 | Acting Assistant Attorney General |
| | JOSEPH P. RUSSONIELLO |
| 4 | United States Attorney |
| 5 | R. MICHAEL UNDERHILL |
| 6 | Attorney in Charge, West Coast Office |
| | Torts Branch, Civil Division |
| 7 | R. SCOTT BLAZE |
| 8 | Senior Admiralty Counsel |
| | Torts Branch, Civil Division |
| 9 | /s/ |
| 10 | CHAD KAUFFMAN |
| 11 | Trial Attorney |
| | Torts Branch, Civil Division |
| 12 | U.S. Department of Justice |

Attorneys for Defendant
United States of America

Dated: May 28, 2008           /s/
ARNOLD I. BERSCHLER
Berschler & Associates, PC

Attorneys for Plaintiff
Jackie V. Lott

## ORDER [PROPOSED]

Upon review of the foregoing Preamble and Stipulation, and Good Cause otherwise appearing,

IT IS ORDERED THAT the newly proposed dates, set forth above, are hereby set.

Dated: _____        _____
Judge Phyllis J. Hamilton
United States District Court

STIPULATION                    3                    C-07-3530-PJH

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the forgoing STIPULATION was served on the following at his last known address:

Served Electronically through CM/ECF:

Arnold I. Berschler         arnold@berschler.com         May 28, 2008

_____
CHAD KAUFFMAN

STIPULATION                           4                           C-07-3530-PJH