**FILED**

JUN 0 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Lott,

    Plaintiff(s),

v.

United States of America,

    Defendant(s).

No. C 07-03530 PJH MED

**Certification of ADR Session**

_Instructions_: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __June 5, 2008__

2. Did the case settle?  ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: __June 5, 2008__

_/s/ R. Stephen Goldstein_
Mediator, R. Stephen Goldstein
Goldstein Gellman, Melbostad, et al.
1388 Sutter St., Suite 1000
San Francisco, CA 94109

**Certification of ADR Session**
07-03530 PJH MED