# PROOF OF SERVICE

I declare, based upon my personal knowledge that:

I am employed in the County of San Francisco by the attorney of record for the party causing this service to be made and I am familiar with that office's business practices as to mailing, effecting hand delivering and/or facsimile transmitting of documents and the like. Further, I am over the age of 18 years and not a party to the within cause; my business address is 22 Battery Street, Suite 810, San Francisco, California 94111.

On the below-listed date, I caused to be served true, correct copies of the attached

**PLAINTIFF'S INTERROGATORIES TO DEFENDANT, SET ONE**

on the interested parties in said action, pursuant to the applicable, aforesaid business practice by placing a true copy thereof enclosed in a sealed envelope with postage thereon full prepaid, in the United States mail at San Francisco, California or by placing a true copy thereof enclosed in a sealed envelope of the type designated by the below-listed overnight delivery service with delivery fees provided for, and delivering the same to an authorized courier of said overnight delivery service, or by hand delivery, or by facsimile transmission, addressed to the interested parties as follows:

R. Scott Blaze, Esq.
Geoffrey D. Owen, Esq.
US Department of Justice
Torts Branch, Civil Division
450 Golden Gate Ave., Room 7-5395
PO Box 36028
San Francisco, CA 94102

**[First Class Mail]**

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on February 21, 2008 at San Francisco, California.

_____
IRMA AGUIRRE

PLAINTIFF'S FORM INTERROGATORIES TO DEFENDANT, SET ONE
[\Lott v. USA\written\int01.usa]                6