**BERSCHLER ASSOCIATES, PC**
**PROCTOR IN ADMIRALTY**
**22 Battery Street, Suite 810**
**San Francisco, CA 94111**

**[415] 398-1414**                                                          **Facsimile [415] 398-1410**

Jessica Mangaccat                                                                            Irma Aguirre
Legal Assistant                                                                                Paralegal

May 21, 2008

**FACSIMILE MESSAGE**

---

The information and the enclosed documents in this fax are privileged and confidential. If you have received this in error, you are hereby notified that any dissemination of this communication is prohibited. If you have received this message in error, please notify us immediately by telephone (415) 398-1414, and return the original message to us via U.S. Postal Service. We will reimburse you for any costs.

---

Sent To       :       Chad Kauffman                    Fax: **415-436-6632**

From          :       Jessica

Re            :       Lott v. U.S.A.

Pages         :       14   including cover sheet

---

Dear Mr. Kauffman:

Attached please find **another** copy of the Discovery sent to your office, which is now **PAST DUE:**

1. Plaintiff's Interrogatories to Defendant, Set One

2. Plaintiff's Request for Production to Defendant, Set One

Yours very truly,

Jessica Mangaccat
Legal Assistant to Arnold I. Berschler

[DOJ.DISC.FAX.02.wpd]