**berschler**

**From:** mark scease [markscease@yahoo.com]
**Sent:** Friday, June 27, 2008 4:15 PM
**To:** berschler
**Subject:** RE: mail for Mark Scease

Mr Berschler,

I have no real plans to leave Mongolia, before next winter, so a deposition is the way to go. A lawyer friend of ours from Saipan will be traveling to Mongolia on a pleasure trip in July. Could he be sworn to take my deposition? His name is Robert O'Connor of O'Connor Berman Dotts & Banes The embassy here isn't the most helpful bunch, but I have talked with them on another matter and they at least provide notary services. There are also a few western lawyers with offices in UB. I'll try and run them down. I don't see any problem finding a webcam type business here, they are everywhere. Mark Scease

So, my questions are:

1. When will you be leaving Mongolia?

2. Where will you travel?

3. Could you be deposed by telephone (with a video hook up, preferably) in Mongolia?

    a. I sent an email to the U.S. Embassy in Ulan Baataar that got no response.

    b. I would need to have you identified, from your government issued photo identification, by a "responsible person"; that is a notary or embassy official. Also, I would like to find a business that might "broad cast" your image, real-time, over the internet.

Thanks I advance for you reply, which I hope to have soon.

Yours truly,

BERSCHLER ASSOCIATES, PC

/s/ Arnold I. Berschler

7/10/2008