## Kauffman, Chad (CIV)

**From:** Kauffman, Chad (CIV)
**Sent:** Saturday, July 12, 2008 2:12 PM
**To:** 'berschler'
**Subject:** Lott

Arnie,

1. Please consider the photos attached as exhibits at the Chris Rogers deposition to be a Rule 26 supplement.

2. We are not willing to change any of the discovery dates in this case.

3. With the exception of the deposition of Mark Scease, you have failed to meet and confer regarding all other issues outlined in your July 11, 2008 email and letter.

Very truly yours,

Chad Kauffman
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
West Coast Office
PO Box 36026, 450 Golden Gate Ave.,
Room 7-5395
San Francisco, CA 94102
415-436-6646
415-436-6632 Fax

7/12/2008