1

BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557

2

22 Battery Street, Suite 810
San Francisco, CA 94111

3

Telephone (415) 398 1414

4

5

Attorneys for PLAINTIFF:
JACKIE V. LOTT

6

7

8                            UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   JACKIE V. LOTT,                    )    Civil No. C-07-3530-PJH
                                        )
11                Plaintiff,            )        [proposed]
                                        )
12   vs.                                )    **ORDER GRANTING ENLARGEMENT OF**
                                        )    **TIME FOR DISCOVERY**
13   UNITED STATES OF AMERICA,          )
                                        )
14                Defendant             )
                                        )
15   _____ )

16          Upon review of *Plaintiff's Administrative Motion for Order Enlarging Time for Discovery*

17   and defendant United States of America's opposition thereto, and Good Cause and the interests of

18   justice otherwise appearing,

19          IT IS ORDERED THAT:

20   1.     Expert discovery is cut-off on October 31, 2008.

21   2.     Mutual expert exchange is to be no later than or on September 30, 2008.

22   3.     Lay discovery is cut-off August 29, 2008.

23                                        SO ORDERED,

24

25   DATED: _____

26                                        _____
                                          PHYLLIS J. HAMILTON,
                                          United States District Court Judge

27   _____

28   ORDER GRANTING ENLARGEMENT OF TIME FOR DISCOVERY
     [\lott v us\motion\enlarge discy.order01]        1                    C-07-3530-PJH