BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414


Attorneys for PLAINTIFF:
JACKIE V. LOTT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, | Civil No. C-07-3530-PJH |
| Plaintiff, | |
| vs. | [proposed] |
| UNITED STATES OF AMERICA, | ORDER GRANTING MOTION FOR DEPOSITIONS PURSUANT TO FRCP 30(b)(7) |
| Defendant | |

Upon review of all the papers filed in support of and in opposition to *Plaintiff's Administrative Motion for Order Permitting Telephonic Depositions* and legitimate reasons, the interests of justice and good cause appearing therefor,

IT IS ORDERED that:

1. Plaintiff may depose Peter Elliott by telephonic means on July 21, 2008 and that deposition may be video recorded pursuant to FRCP 30(b)(2).

2. Plaintiff may depose Mark Scease telephonically. That deposition may be visually broadcast and/or recorded via webcam and/or other video or other visual technology pursuant to FRCP 30(b)(3).

3. This Court hereby commissions that the oath to deponent Mark Scease may be administered by any attache or other employee of the Diplomatic Corps. of the United States of America and/or any

1  notary public assigned to the embassy of the United States in Ulaan Bataar, Mongolia and that said
2  administering person confirm the identity of the deponent from the deponent's government issued
3  identification.
4  4. The parties are to cooperate in setting the deposition of Mr. Scease.

                                        SO ORDERED

DATED:_____
                                        _____
                                        PHYLLIS J. HAMILTON,
                                        United States District Court Judge

ORDER GRANTING MOTION FOR DEPOSITIONS PURSUANT TO FRCP 30(b)(7
[\lott v us\motion\tel depo.order01]            2