GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635; (415) 436-6646
E-mail: Chad.kauffman@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Civil No. C-07-3530-PJH<br><br>In Admiralty<br><br>RESPONSE OF THE UNITED STATES TO PLAINTIFF'S MOTION TO VACATE AND CHANGE THE COURT'S PREVIOUSLY ORDERED <u>TRIAL AND PRETRIAL DATES</u><br><br>Hearing Date: None Noticed |

/
/
/
/
/
/

RESPONSE TO PLAINTIFF'S MOTION TO VACATE TRIAL AND PRETRIAL DATES – Civil No. C-07-3530-PJH　　　1

1 | If the Court deems it appropriate to move dates in this case and extend and delay the trial date and other pretrial dates pursuant to plaintiff's belated request, the United States takes no position and instead leaves the matter to the discretion of the Court.

The United States notes that plaintiff's counsel has been less than candid with the Court in various respects that need not be recounted here. One matter that does merit pointing out, however, is that government counsel previously requested that plaintiff stipulate to certain enlargements of time, such as its July 2nd request that plaintiff stipulate to extending the expert witness disclosure deadline for plaintiff and defendant to August 29, 2008. Plaintiff's counsel did not agree to do so.

Dated: July 16, 2008.

GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division

/s/ Chad Kauffman
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing RESPONSE OF THE UNITED STATES TO PLAINTIFF'S MOTION TO CHANGE TIME was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Arnold Berschler | arnold@berschler.com | July 16, 2008 |
| | 2-staff@berschler.com | |
| | Basf-info@berschler.com | |

_____
BONNIE LI

RESPONSE TO PLAINTIFF'S MOTION TO VACATE TRIAL AND PRETRIAL DATES – Civil No. C-07-3530-PJH    3