GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635; (415) 436-6646
E-mail: Chad.kauffman@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Civil No. C-07-3530-PJH<br><br>In Admiralty<br><br>DECLARATION OF CHAD KAUFFMAN IN SUPPORT OF RESPONSE OF THE UNITED STATES TO PLAINTIFF'S MOTION TO VACATE AND CHANGE TRIAL AND PRETRIAL DATES |

Hearing Date: None Noticed

CHAD KAUFFMAN hereby declares based upon personal knowledge and information officially furnished to me:

1. I am a trial attorney at the Dept. of Justice, Torts Branch, Civil Division, West Coast and Pacific Rim Office, and one of the attorneys for the United States in this matter.

2. Attached hereto as Exhibit "A" is a true and correct copy of an email dated July

2, 2008, said email sent by the undersigned counsel to Arnold Berschler, counsel for plaintiff.

    3. On July 2, 2008, I requested that Mr. Berschler stipulate to extending the expert witness disclosure deadline for plaintiff and defendant to August 29, 2008. Mr. Berschler did not agree to do so.

    I declare under penalty of perjury, and in accordance with 28 U.S.C. section 1746, that the foregoing is true and correct.

Dated: July 16, 2008.

                      /s/ Chad Kauffman
                      CHAD KAUFFMAN

### Kauffman, Chad (CIV)

**From:** Kauffman, Chad (CIV)
**Sent:** Wednesday, July 02, 2008 12:41 PM
**To:** 'berschler'
**Subject:** Lott

Arnie,

I have 2 requests regarding the Lott case:

1. Would you agree to stipulate to extend the expert witness disclosure deadline for plaintiff and defendant to August 29, 2008? We still have discovery to conduct, and it will be difficult for our experts to have reports prepared by the July 30 with this short time frame.

2. Would you agree to stipulate that each of us is entitled to add counterpart/rebuttal expert witnesses after the expert witness deadline in the event that either of us discloses an expert witness that the other does not have a couterpart/rebuttal expert? For example, you list a liability expert, but I do not. I'd like the opportunity to find and list a liability expert in rebuttal after the expert deadline has passed.

Very truly yours,

Chad Kauffman
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
West Coast Office
PO Box 36026, 450 Golden Gate Ave.,
Room 7-5395
San Francisco, CA 94102
415-436-6646
415-436-6632 Fax

7/2/2008

Exhibit "A"

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing DECLARATION OF CHAD KAUFFMAN IN SUPPORT OF RESPONSE OF THE UNITED STATES TO PLAINTIFF'S MOTION TO CHANGE TIME was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Arnold Berschler | arnold@berschler.com | July 16, 2008 |
| | 2-staff@berschler.com | |
| | Basf-info@berschler.com | |

*Bonnie Li*
_____
BONNIE LI

DECLARATION IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO VACATE TRIAL DATE – Civil No. C-07-3530-PJH    3