GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6635; (415) 436-6646
E-mail: Scott.blaze@usdoj.gov
         Chad.kauffman@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CIVIL NO.  C-07-3530-PJH-EMC<br><br>STIPULATION FOR ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS [PROPOSED] |

<u>PREAMBLE</u>

　　The parties seek this Honorable Court's Order for a briefing schedule for plaintiff's motion to compel depositions which was filed on July 14, 2008.  The Court directed that the parties meet and confer to determine a briefing schedule, then file a stipulation and proposed order with the Court for approval.

STIPULATION　　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　C-07-3530-PJH-EMC

<u>STIPULATION</u>

The parties to this case stipulate and respectfully request this Honorable Court order the following proposed dates. Plaintiff's motion was filed on July 14, 2008. Defendant will file its opposition brief to plaintiff's motion on July 21, 2008 by 1200 noon. Plaintiff will file his reply on July 21, 2008. The parties respectfully request that the Court schedule a hearing for 10:30 a.m. on July 23, 2008.

SO STIPULATED.

Dated: July 17, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division

      /s/
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: July 17, 2008

      /s/
ARNOLD I. BERSCHLER
Berschler & Associates, PC

Attorneys for Plaintiff
Jackie V. Lott

STIPULATION     2     C-07-3530-PJH-EMC

## ORDER [PROPOSED]

Upon review of the foregoing Preamble and Stipulation, and Good Cause otherwise appearing,

IT IS ORDERED THAT the newly proposed dates, set forth above, are hereby set.

Dated: _____        _____
                                    Magistrate Judge Edward M. Chen
                                    United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the forgoing STIPULATION was served on the following at his last known address:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Arnold I. Berschler | arnold@berschler.com | July 17, 2008 |
| | 2-staff@berschler.com | |
| | Basf-info@berschler.com | |

                                         /s/
                                    VERONICA GARNER

STIPULATION                         3                    C-07-3530-PJH-EMC