GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
CHAD KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6635; (415) 436-6646
E-mail: Chad.kauffman@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. C-07-3530-PJH-EMC<br><br>In Admiralty<br><br>DECLARATION OF CHAD KAUFFMAN IN SUPPORT OF OBJECTION AND RESPONSE OF THE UNITED STATES TO PLAINTIFF'S "ADMINISTRATIVE MOTION"<br><br>Hearing Date: July 23, 2008 |

CHAD KAUFFMAN hereby declares based upon personal knowledge and information officially furnished to me:

1. I am a trial attorney at the Dept. Of Justice, Torts Branch, Civil Division, West Coast and Pacific Rim Office, and one of the attorneys for the United States in this matter.

2. Attached hereto as Exhibit "A" is a true and correct copy of an email dated July 14, 2008, said email sent by the undersigned counsel to Arnold Berschler, counsel for plaintiff.

KAUFFMAN DECLARATION TO PLAINTIFF'S "ADMINISTRATIVE MOTION" – Civil No. C-07-3530-PJH-EMC        1

1 |     3. On July 14, 2008, I requested that Mr. Berschler state in writing what contact he or his investigators had with all Matson employees (current and former). I requested that he state in writing who he contacted, whom from his office contacted the employee, when the contact occurred, and whether the contact was by telephone or letter.

    I declare under penalty of perjury, and in accordance with 28 U.S.C. section 1746, that the foregoing is true and correct.

Dated: July 21, 2008

                                            /s/ Chad Kauffman
                                            CHAD KAUFFMAN

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing DECLARATION OF CHAD KAUFFMAN IN SUPPORT OF OBJECTION AND RESPONSE OF THE UNITED STATES TO PLAINTIFF'S "ADMINISTRATIVE MOTION" was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Arnold Berschler | arnold@berschler.com | July 21, 2008 |

_____
VERONICA GARNER

Kauffman, Chad (CIV)

From: 2-staff [2-staff@berschler.com]
Sent: Monday, July 14, 2008 5:26 PM
To: Kauffman, Chad (CIV)
Subject: RE: Lott

Mr. Kauffman,

Your email has been received.

Irma Aguirre, Paralegal
BERSCHLER ASSOCIATES, PC
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 398-1414
(415) 398-1410 fax

>-----Original Message-----
>From: Kauffman, Chad (CIV) [mailto:Chad.Kauffman@usdoj.gov]
>Sent: Monday, July 14, 2008 5:22 PM
>To: arnold@berschler.com; 2-staff@berschler.com
>Subject: Lott
>
>Dear Mr. Berschler,
>
>Please take the deposition of Peter Elliott off calendar. The deposition was noticed by you on July 11 for July 21 in Portland, Maine, without the required meet and confer as per the local rules. Furthermore, your short notice of the deposition requires me to travel to Maine. This conflicts with other obligations I have in other cases.
>
>With regard to your contact with Peter Elliott, it has come to the attention of the United States that there may have been a breach of the attorney-client privilege by plaintiff's counsel. As this is something that would require notification to the Court, the United States does not make the specific allegation at this time, but prudently wishes to have the time to investigate whether the attorney-client relationship has been violated, and if so, what the appropriate actions would be.
>
>In addition to the contact you had with Peter Elliott, please state in writing all other Matson employees (current and former) that you or your investigators have contacted. Please state in writing who you contacted, whom from your office contacted the employee, when the contact occured, and whether the contact was by telephone or letter.
>
>Unless I hear from you to the contrary, I expect that the deposition of Peter Elliott is no longer on calendar for July 21.
>
>Very truly yours,
>
>Chad Kauffman
>Trial Attorney
>U.S. Department of Justice

7/14/2008

Exhibit "A"

Torts Branch, Civil Division
West Coast Office
PO Box 36026, 450 Golden Gate Ave.,
Room 7-5395
San Francisco, CA 94102
415-436-6646
415-436-6632 Fax


No virus found in this incoming message.
Checked by AVG.
Version: 7.5.526 / Virus Database: 270.4.10/1551 - Release Date: 7/14/2008 6:49 AM


No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.526 / Virus Database: 270.4.10/1551 - Release Date: 7/14/2008 6:49 AM


7/14/2008