United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKIE V. LOTT,

    Plaintiff(s),                                    No. C 07-3530 PJH

    v.                                           **ORDER RE ADMINISTRATIVE MOTION**

UNITED STATES OF AMERICA,

    Defendant(s).

_____/

Before the court is plaintiff's administrative motion to extend, for a third time, the discovery deadlines set in this case. The November 2, 2007 case management order originally scheduled discovery deadlines as follows:

    fact discovery:       May 2, 2008
    expert disclosures:  May 1, 2008/June 4, 2008
    expert discovery:    August 15, 2008

Pursuant to the parties' stipulation, on April 7, 2008, these dates were continued as follows:

    fact discovery:       June 30, 2008
    expert disclosures:  June 30, 2008/July 30, 2008
    expert discovery:    September 30, 2008

Pursuant to a second stipulation of the parties, on May 30, 2008, the court approved another continuance of these dates as follows:

    fact discovery:       July 30, 2008
    expert disclosures:  July 30, 2008
    expert discovery:    July 30, 2008 (no change for this date)

Now plaintiff requests an additional extension as follows:

    fact discovery:       August 29, 2008
    expert disclosures:  September 30, 2008
    expert discovery:    October 31, 2008

Given the first two extensions, the court finds plaintiff's showing of good cause less than compelling. However, given the absence of any objection by defendant, the court approves the request and advises the parties that 1) the dispositive motions hearing deadline of September 24, 2008 will not be extended notwithstanding the extension of the expert discovery deadlines, and 2) no further continuances of other pretrial dates will be approved.

Additionally, he court hereby **STRIKES** the supplemental response brief filed by defendant because such filing is not permitted by Civil Local Rule 7-11, and because it improperly incorporates by reference a brief filed in another proceeding, thereby permitting defendant to substantially expand on the page limits provided for informal requests for administrative relief. To the extent that defendant believes a motion is required to put the information therein before the court, defendant shall file a motion that complies with the Local Rules.

**IT IS SO ORDERED.**

Dated: July 21, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge