BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414


Attorneys for PLAINTIFF:
JACKIE V. LOTT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, | Civil No. C-07-3530-PJH |
| Plaintiff, | |
| vs. | **DECLARATION OF ARNOLD I. BERSCHLER IN REPLY** |
| UNITED STATES OF AMERICA, | DATE:        JULY 23, 2008 |
| Defendant | TIME:        10:30 a.m. |

I, ARNOLD I. BERSCHLER, declare that the following allegations are true and correct of my own personal knowledge under penalty of perjury.

1.Neither Mr. Scease nor Mr. Elliott asserted that they were represented by an attorney when I spoke with them.

2.Neither Mr. Scease nor Mr. Elliott were the master or chief mate of the subject vessel, according to them.

3.Pursuant to motion practice and stipulation - so that plaintiff could contact potential witnesses - United States produced a crew list that contained no identification of the job titles or capacities of the persons listed. See, attached EXHIBIT 1, a true, correct copy of that crew list.

4.Mr. Scease's audio-tape was played for defense counsel Chad Kauffman on June 5, 2008 in court ordered mediation, after mediator Stephen R. Goldstein confirmed that such would be

protected as a communication in settlement negotiations.

5. Further, in the course of trying to obtain defendant's stipulation to a telephonic deposition, plaintiff's attorney had repeatedly told Mr. Kauffman about communication to Mr. Scease. See, attached EXHIBIT 2, plaintiff counsel's email to Mr. Kauffman.

6. At no time prior to the filing of its opposition in this motion had United States ever remotely suggested that Mr. Scease was a "client" or a "protected witness."

7. I caused the issue of telephonic deposing to be investigated by checking with a the Honorable Gombosuren Ganzorig. He claims in his website that: He served for eight years as a justice at the Supreme Court of Mongolia. He now conducts business in Virginia. That business is the providing of various consulting services upon requests of individual citizens, business and government organizations regarding Mongolia. A brief inquiry by my office to the Honorable Mr. Ganzorig indicates that the country of Mongolia has no objections to, nor restrictions on procedures and protocols for the taking of telephonic depositions of citizens of the United States who are in Mongolia, by attorneys, including those employed by the Department of Justice, who would be in the United States concerning civil cases in the courts of the United States. Further, there would be no threat of penalties, sanctions and/or punishment to or of the deponent, the notary (or other oath provider) or the attorneys. A website for the company with which the Honorable Mr. Ganzorig is associated in Virginia is http://www.ganzorigconsulting.us/aboutus.html. This is the page describing him and his work.

8. I have participated in scores of telephonic depositions and been able to use exhibits without being present. The procedure is for the attorneys to submit the proposed exhibits to the deponent, and to each other, pre-marked. Then the deponent or the notary (or equivalent person, so commissioned) returns the exhibits to the California-based reporter, if deponent has marked upon the exhibits.

EXECUTED ON July 21, 2008 at San Francisco, California.

*/s/ Arnold I. Berschler*

DECLARATION OF ARNOLD I. BERSCHLER IN REPLY
[\lott v us\motion\tel depo.dec aib]                 2