# AMENDED CAPE JACOBS
## CREW LIST NAME, ADDRESS, & PHONE NUMBER

Mark Scease
24 Exeter Highlands Dr
Exeter, HH 03833
Telephone: 504-722-0343

Michael Lee
1242 Elizabeth Barcus Way
Fortuna, CA 95540
Telephone: 707-725-2572 or 707-725-5907

Christopher J. Rogers
3701 Belvidere Ave. SW
Seattle, WA 98125
Telephone: 425-747-9829

Joseph John Klenczar
11314 Common Road
Warren, MI 48093
Telephone: 586-573-8905 or 586-899-6592

Silvana L. Clark
505 Astor Circle
Norfolk, VA 235050
Telephone: 757-831-4059

Gary Scott Dottino
PMB 1601, CB 10002
Saipan, MI 96950
Telephone: 670-483-2020 or 670-235-9519

Erik James Loret
Barnave
Luc-En-Diois, France 26310
Telephone: 516-365-4825

Carlos V. Mene
1760 Homegate Dr.
San Jose, CA 95148
Telephone: 408-926-6748

David Amer Mohamed
9002 Mactrhur Blvd.
Oakland, CA 94605
Telephone: 510-636-0100

Jorge Mora
2133 West Liberty St.
Allentown, PA 18104
Telephone: 610-432-4959

Mo Munassar
704 Filbeit St.
Oakland, CA 94607
Telephone: 510-832-0455

Cynthia L. Philyaw
1565 Madison St. #221
Oakland, CA 94612
Telephone: 510-268-1213 or 510-205-0079

Jason Lee Roate
1531 Hiawatha Dr.
Virginia Beach, VA 23464-8443
Telephone: 757-685-4075 or 217-224-0793

Vernon Savage
2771 Monument Road Apt. 157
Jacksonville, FL 32225
Telephone:

Vilaysone Youmagul
9 Applewood Drive
Hampton, VA 23666
Telephone: 757-377-7866

Jose Alberto Denobrega
61 Sanford St.
Berkley, MA 02779
Telephone: 508-822-7029 or 617-306-2510

Travis Todd Ellis
319 East 10th St.
Shiner, TX 77984
Telephone: 361-594-2072

Gary Dean Frame
PO Box 100
Athol, ID 83801
Telephone: 208-683-4807

Emmett Louis Holloway
4180 S. E. Dover Ct.
Port Orchard, WA 98366
Telephone: 360-871-1418 or 360-480-2281

Jackie Vale Lott
17304 Fox Run Road
Gravois Mills, MO 65037
Telephone: 573-372-3343 or 573-836-0649

Peter Marion Elliott
2021 Brook Falls Road Redington E #6
Carrabassett Valley, ME 04947
Telephone: 207-235-2762

Issac J. James
359 Charles St.
Mobile, AL 36604
Telephone: 251-432-0828 or 251-776-0251

John M. King
3604 Wedgwood Dr.
Harvey, LA 70058
Telephone: 504-473-4952 or 504-341-4434

Michael Francis Lee
19482 Calle Teresa
Murrieta, CA 92562
Telephone: 951-696-5227

Christopher J. Rogers
3701 Belvidere Ave. SW
Seattle, WA 98126
Telephone: 425-747-9829

US000167