**In the United States District Court<br>
for the Northern District of California<br>
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** July 23, 2008  
**Case No:** C07-3530 PJH (EMC)

**Time:** 10:54 - 11:09 a.m.  
**Court Reporter:** Belle Ball 373-2529

**Case Name:** JACKIE LOTT V. USA

**Attorneys:**  Arnold Berschler for Plaintiff  
Chad Kauffman for Defendant

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

- PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS

**ORDERED AFTER HEARING:**

Plaintiff's motion is granted in part and denied in part. Parties shall meet and confer and submit joint letter to court on any unresolved issue(s). Court to issue order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:**

cc: EMC