UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKIE V. LOTT,

    Plaintiff(s),

    v.

UNITED STATES OF AMERICA,

    Defendant(s).
_____/

No. C 07-3530 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

No dispositive motions having been filed by the deadline of August 20, 2008, pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference by December 12, 2008.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

IT IS SO ORDERED.

Dated: August 29, 2008

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge

cc: Wings, Assigned M/J