GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
CHAD E. KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6635; (415) 436-6646
E-mail:       scott.blaze@usdoj.gov
                  chad.kauffman@usdoj.gov

Attorneys of Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, | CIVIL NO.  C-07-3530-PJH (BZ) |
| Plaintiff, | STIPULATION REQUESTING MODIFICATION OF SETTLEMENT CONFERENCE DATE & TIME |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties to this case agree and stipulate as follows:

The parties respectfully request that Magistrate Judge Zimmerman's settlement conference scheduled for October 14, 2008 at 10:00 a.m. be rescheduled for October 17, 2008 at 9:00 a.m.

///

STIPULATION REQUESTING MODIFICATION OF
SETTLEMENT CONFERENCE DATE & TIME                       1                       C-07-3530-PJH (BZ)

Dated:    September 8, 2008
                                    GREGORY G. KATSAS
                                    Acting Assistant Attorney General
                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney
                                    R. MICHAEL UNDERHILL
                                    Attorney in Charge, West Coast Office
                                    Torts Branch, Civil Division
                                    R. SCOTT BLAZE
                                    Senior Admiralty Counsel
                                    Torts Branch, Civil Division


                                              /s/
                                    _____
                                    CHAD E. KAUFFMAN
                                    Trial Attorney
                                    Torts Branch, Civil Division
                                    U.S. Department of Justice

                                    Attorneys for Defendant,
                                    United States of America


Dated:    September 8, 2008
                                    _____/s/_____
                                    ARNOLD I. BERSCHLER
                                    Berschler Associates, PC

                                    Attorneys for Plaintiff
                                    Jackie V. Lott

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:    _____
                                    _____
                                    Magistrate Judge Bernard Zimmerman
                                    United States District Court
                                    Northern District of California