GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
CHAD E. KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone:  (415) 436-6635; (415) 436-6646
E-mail:       scott.blaze@usdoj.gov
                   chad.kauffman@usdoj.gov

Attorneys of Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT, | CIVIL NO.  C-07-3530-PJH (BZ) |
| Plaintiff, | STIPULATION REQUESTING MODIFICATION OF SETTLEMENT CONFERENCE DATE & TIME |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties to this case agree and stipulate as follows:

The parties respectfully request that Magistrate Judge Zimmerman's settlement conference scheduled for October 14, 2008 at 10:00 a.m. be rescheduled for October 17, 2008 at 9:00 a.m.

///

STIPULATION REQUESTING MODIFICATION OF SETTLEMENT CONFERENCE DATE & TIME                    1                    C-07-3530-PJH (BZ)

Dated: September 8, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division

/s/
_____
CHAD E. KAUFFMAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant,
United States of America

Dated: September 8, 2008

_____/s/_____
ARNOLD I. BERSCHLER
Berschler Associates, PC

Attorneys for Plaintiff
Jackie V. Lott

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _September 9, 2008_

*[signature]*
_____
Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California