UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE V. LOTT,<br><br>  Plaintiff(s),<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant(s). | No. C07-3530 PJH (BZ)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE** |

Plaintiff having requested that he be excused from personally attending the settlement conference, and no opposition having been received, **IT IS HEREBY ORDERED** that plaintiff's request if **GRANTED**.  Plaintiff shall be available to participate by telephone beginning at **9:00 a.m. PST**.

Dated: October 15, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.08\lott.graning request to appear by telephone at sc.wpd

1